**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                              Case No. 17 B 10573

     Patry Ann Sterling

        Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/03/2017.

2) The plan was confirmed on 09/06/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/19/2017.

5) The case was Dismissed on 12/13/2017.

6) Number of months from filing to last payment: 8.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $3,769.98 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**                                                               **$3,769.98**

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,967.16 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $152.42 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**                             **$2,119.58**

Attorney fees paid and disclosed by debtor:                $590.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Acceptance Now | Unsecured | 2,114.00 | NA | NA | 0.00 | 0.00 |
| Acceptance Now | Unsecured | 1,222.00 | NA | NA | 0.00 | 0.00 |
| AGA Adjustments | Unsecured | 6,262.42 | NA | NA | 0.00 | 0.00 |
| American General Financial/Springleaf Fi | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American General Financial/Springleaf Fi | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American General Financial/Springleaf Fi | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AmeriCredit/GM Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Aspire Cardholder Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Avant Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Avant Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Unsecured | 9,390.61 | 9,390.61 | 9,390.61 | 0.00 | 0.00 |
| Caine & Weiner | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| Capital Bank | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capitol One Mastercard | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| Chase Card | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 0.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| Comcast | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| ComEd | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 450.00 | 1,124.59 | 1,124.59 | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit First National Assoc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Management, LP | Unsecured | 333.00 | NA | NA | 0.00 | 0.00 |
| Department of the Treasury | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Divison of Traffic Safety | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fst Premier | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Greater Chicago Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Il Dept of Human Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Il Dept of Transportation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 0.00 | 742.89 | 742.89 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 472.38 | 472.38 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 30,000.00 | 29,789.37 | 29,789.37 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 25,000.00 | 13,473.25 | 13,473.25 | 0.00 | 0.00 |
| Kahuna Payment Solutions | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Linebarger Goggan Blair & Sampson | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| LoanMe Inc | Unsecured | 16,499.00 | 16,499.52 | 16,499.52 | 0.00 | 0.00 |
| MB Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MB Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MB Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Mission Financial Services | Secured | 7,624.55 | 7,624.55 | 7,624.55 | 179.96 | 0.00 |
| Nicor Gas | Unsecured | 300.00 | 503.26 | 503.26 | 0.00 | 0.00 |
| Numark Credit Union | Unsecured | 87,937.00 | 86,647.63 | 86,647.63 | 0.00 | 0.00 |
| Oak Meadows Condominium Association | Secured | 6,000.93 | 6,663.43 | 6,000.93 | 400.08 | 0.00 |
| Oak Meadows Condominium Association | Unsecured | 0.00 | 662.50 | 662.50 | 0.00 | 0.00 |
| OneMain Financial | Unsecured | NA | 162.46 | 162.46 | 0.00 | 0.00 |
| OneMain Financial | Secured | 5,387.00 | 5,387.46 | 5,225.00 | 731.32 | 72.40 |
| OneMain Financial | Unsecured | 5,387.00 | NA | NA | 0.00 | 0.00 |
| OneMain Financial | Unsecured | 5,387.00 | NA | NA | 0.00 | 0.00 |
| Peoples Gas | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Personal Finance Company | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Personal Finance Company | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Personal Finance Company | Secured | 4,583.00 | 0.00 | 2,000.00 | 266.64 | 0.00 |
| Prosper Marketplace Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Prosper Marketplace Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 631.00 | 630.63 | 630.63 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 2,394.00 | 2,394.24 | 2,394.24 | 0.00 | 0.00 |
| Sandra E Haddad | Unsecured | 0.00 | 8,375.00 | 8,375.00 | 0.00 | 0.00 |
| Speedway/ssa | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Verizon | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| Village of Crestwood | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| village of woodridge | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $86,647.63 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $12,849.55 | $911.28 | $72.40 |
| All Other Secured | $8,000.93 | $666.72 | $0.00 |
| **TOTAL SECURED:** | **$107,498.11** | **$1,578.00** | **$72.40** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $14,216.14 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$14,216.14** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$70,304.56** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,119.58 |
| Disbursements to Creditors | $1,650.40 |
| **TOTAL DISBURSEMENTS** : | **$3,769.98** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/12/2018                    By: /s/ Marilyn O. Marshall
                                                          Trustee


STATEMENT:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.


**UST Form 101-13-FR-S (9/1/2009)**